William M. Wuestenfeld
Megan N. Sandone
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Ste. 300
Anchorage, AK  99503
Phone: (907) 563-8844
Fax:  (907) 563-7322
Email: wwuestenfeld@jdolaw.com
Email: msandone@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS,<br><br>    Plaintiff,<br><br>v.<br><br>NEWHOUSE & VOGLER; JOSEPH LEE NEWHOUSE; JAMES ROBERT NEWHOUSE; AND STEPHEN ROBERT VOGLER,<br><br>    Defendants. | Case No.: 4:19-cv-00002-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, the parties, by and through their respective counsel of record, pursuant to Federal R. Civ. P. 41(a)(2), hereby stipulate and agree that the entirety of this lawsuit is dismissed, with prejudice, each party to bear their own costs, interest, and attorney fees.

DATED: July 8, 2019          JERMAIN DUNNAGAN & OWENS, P.C.
                             Attorneys for Defendants


                             By: */s/ William M. Wuestenfeld*
                                 William M. Wuestenfeld
                                 Alaska Bar No. 8111139


                             By: */s/ Megan N. Sandone*
                                 Megan N. Sandone
                                 Alaska Bar No. 1005026


DATED: July 8, 2019          KILPATRICK TOWNSEND & STOCKTON, LLP
                             Attorneys for Plaintiff


                             By: */s/ John R. Neeleman*
                                 John R. Neeleman
                                 Alaska Bar No. 8611127


## **ORDER**

**IT IS SO ORDERED.**


Dated: _____      _____
                                   Honorable Timothy M. Burgess
                                   United States District Court Judge

{00907700}
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
*Association of Village Council Presidents v. Newhouse & Vogler et al.;* Case No. 4:19-cv-00002-TMB
Page 2 of 3

Case 4:19-cv-00002-TMB   Document 29   Filed 07/08/19   Page 2 of 3

**CERTIFICATE OF SERVICE:**

This is to certify that a true and
correct copy of the foregoing was
served by E-Service using CM/ECF System
on July 8, 2019, to:

John R. Neeleman
KILPATRICK TOWNSEND & STOCKTON, LLP
645 G. Street, Ste., 100
Anchorage, AK 99501
jneeleman@kilpatricktownsend.com


*/s/ Jamie Pierson*
Jamie Pierson

{00907700}
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
*Association of Village Council Presidents v. Newhouse & Vogler et al.;* Case No. 4:19-cv-00002-TMB
Page 3 of 3

Case 4:19-cv-00002-TMB   Document 29   Filed 07/08/19   Page 3 of 3